IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 2 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-044 |
| | § | (Claim Nos. C99-25626/C99-25627) |
| | § | |
| SIMON C. PADRON, JR., | § | |
| | § | |
| Defendant. | § | |

## MOTION TO DISMISS WITHOUT PREJUDICE

The Honorable Judge Hayden W. Head, Jr.:

United States of America ("USA") files this Motion to Dismiss Without Prejudice.

USA prays that this action be dismissed as to Simon C. Padron, Jr. without prejudice.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA#04048500
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Tel. (713)840-1492/Fax (713)840-0038
**Attorney for United States of America**

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-044 |
| | § | (Claim Nos. C99-25626/C99-25627) |
| | § | |
| SIMON C. PADRON, JR., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On the United States' Motion the action is dismissed without prejudice.

SIGNED _____ , 2000, at Corpus Christi, Texas.

_____
United States District Judge

APPROVED:

By: *[signature]*
M. H. Cersonsky, TBA# 04048500
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Telephone: (713) 840-1492
Fax: (713) 840-0038
Attorney for United States of America

OF COUNSEL:
ALONSO & CERSONSKY, P.C.