# United States District Court

**ORIGINAL** Southern DISTRICT OF Texas

| | |
|---|---|
| UNITED STATES OF AMERICA, § | SUMMONS IN A CIVIL CASE |
| Plaintiff V. § | |
| § | CASE NUMBER: |
| SIMON C. PADRON, JR., § | **C-00-044** |
| § | |
| Defendant § | |

FEB 10 40

United States District Court
Southern District of Texas
FILED
FEB 2 2 2000
Michael N. Milby, Clerk

TO: (Name and address of defendant)

SIMON C. PADRON, JR.
~~2602 Winnie Drive~~
Corpus Christi

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. H. Cersonsky
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

an answer to the complaint which is herewith served upon you. within ___twenty (20)___ days after service of summons upon you. exclusive of the day of service. If you fail to do so. judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK                    FEB -2 2000
_____            _____
CLERK                                       DATE

[signature]
(BY) DEPUTY CLERK

08

O 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: 2602 Winnie is A Vacant Hm
Ret UTL @ 2-9-00 @ 7:30 PM
Oscar S. Mart___ Depu___

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 6000 |
|---|---|---|

### DECLARATION OF SERVER

Attempted

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date                    Signature of Server

NOTICE TO DEPUTIES
State reasons below for not being able to execute, such as moved, or other information etc.

2-9-00
1As Pew Turn
Perez At
2602 Winnie,
There is No
Simon C. Padron
Jr.
Living There

Case # _____
Name Simon C Padron Jr
Oscar S. Martinez
Deputies signature
Date

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ClibPDF - www.fastio.com