IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 1 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | C.A. NO. C-00-44 |
| SIMON C. PADRON, JR. | § | |

### ORDER GRANTING PLAINTIFF'S
### MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff's motion for dismissal (D.E. 6) is **GRANTED**.

ORDERED this 29 day of Feb _____, 2000.

HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE