

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | C.A. NO. C-00-44 |
| | § | |
| SIMON C. PADRON, JR. | § | |

## FINAL JUDGMENT

A final judgment of dismissal without prejudice is entered.

ORDERED this _29_ day of ___Feb___, 2000.

_____
HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE